HERMAN J. MICHELS, by JOSEPH MICHELS, His Guardian ad Litem, Respondent, *v.* THE E. & B. HOLMES MACHINERY COMPANY, Appellant.

*Michels* v. *Holmes Machinery Co.*, 130 App. Div, 905, affirmed.
(Argued December 9, 1909; decided January 11, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 9, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action by an employee to recover for personal injuries alleged to have been sustained through his master's negligence.

*Clinton B. Gibbs* and *Hubert C. Minard* for appellant.

*Warren Tubbs* and *James O. Moore* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.   Absent : CULLEN, Ch. J.